**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, an Illinois corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>　　　　Defendant.<br>_____<br>United States of America,<br><br>　　　　Counter Claimant<br><br>vs.<br><br>State Farm mutual Automobile Insurance Company, an Illinois corporation,<br><br>　　　　Counter Defendant.<br>_____ | No. CV-13-400-PHX-LOA<br><br>**ORDER** |

　　　This matter arises on the Court's review of Plaintiff's Motion to Dismiss Counterclaim for failure to state a claim upon which relief can be granted, requesting an order dismissing Defendant's Counterclaim with prejudice, pursuant to Rule 12(b)(6), Fed.R.Civ.P. (Doc. 18)

　　　Plaintiff's Motion fails to comply with two prior Court orders, docs. 6, 12, requiring that, before motions to dismiss pursuant to Rule 12(b)(6), Fed.R.Civ.P., or Rule 12(c), Fed.R.Civ.P., may be filed, moving counsel must meet and confer with adverse counsel prior to the filing such a motion and, if unsuccessful, the motion "must contain a certification of

conferral, indicating that counsel have conferred to determine whether an amendment could cure a deficient pleading, have been unable to agree that the pleading is curable by a permissible amendment, and have otherwise complied with this Order." (Doc. 6 at 3) Plaintiff's Motion does not contain, or attach thereto, the required verified certification. *See*, *e.g.*, *Monje v. Spin Master Inc.*, 2013 WL 2390625, at *11 (D. Ariz. May 30, 2013) ("This Court has a standard Order that requires the Parties to "meet and confer prior to the filing of a motion to dismiss to determine whether it can be avoided.... [M]otions to dismiss must contain a certification of conferral indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading, and have been unable to agree that the pleading is curable by a permissible amendment." (Doc. 109.)").

On the Court's own motion,

**IT IS ORDERED** that Plaintiff's Motion to Dismiss Counterclaim, doc. 18, is **DENIED** without prejudice.

Dated this 7th day of June, 2013.

Lawrence O. Anderson
United States Magistrate Judge