**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, an Illinois corporation; Jesus Rodriguez and Heather Rodriguez, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>    Defendant.<br>_____<br>United States of America,<br><br>    Counterclaimant,<br><br>vs.<br><br>State Farm Mutual Automobile Insurance Company, an Illinois corporation; Jesus Rodriguez and Heather Rodriguez, husband and wife,<br><br>    Counterdefendants.<br>_____ | No. CV-13-400-PHX-LOA<br><br>**ORDER** |

    This FTCA action arises on Defendant United States of America's Motion for Stay of Case Proceedings Contingent Upon Federal Government Shutdown. (Doc. 31) The Motion indicates that "Plaintiffs/Counter-defendants were alerted to the current budgetary situation and have no objection to the filing of this Motion." (*Id*., ¶ 4 at 2)

    In light of the lack of funding resulting from the Government's shutdown and the

1  prohibition of non-essential governmental employees from performing voluntary services,
2  there being no objection, and good cause appearing, the Government's Motion will be
3  granted. The Government will be ordered to notify the Court in writing when funding
4  resumes, upon which the Court will lift the stay and enter appropriate orders.

5  Accordingly,

6  **IT IS ORDERED** that the Government's Motion for Stay of Case Proceedings
7  Contingent Upon Federal Government Shutdown, doc. 31, is **GRANTED**. This action is
8  hereby **STAYED** pending the resumption of funding for the Government.

9  **IT IS FURTHER ORDERED** that the Government shall file a Notice of Resumed
10 Government Activity within **five (5)** business days of when funding resumes; and, if
11 applicable, request a joint proposed schedule for the remainder of litigation, upon which the
12 Court will enter an order lifting the stay and enter appropriate orders.

13 Dated this 15th day of October, 2013.*

_____
Lawrence O. Anderson
United States Magistrate Judge

27 *Due to clerical error, Order not processed until 10/17/13.

- 2 -