**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company, an Illinois corporation; Jesus Rodriguez and Heather Rodriguez, husband and wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>United States of America,<br><br>    Defendant.<br><br>United States of America,<br><br>    Counterclaimant,<br><br>vs.<br><br>State Farm Mutual Automobile Insurance Company, an Illinois corporation; Jesus Rodriguez and Heather Rodriguez, husband and wife,<br><br>    Counterdefendants. | No. CV-13-400-PHX-LOA<br><br>**ORDER** |

In light of the Government's shutdown having ended and funding resumed and on the Court's own motion,

/ / /

/ / /

1 **IT IS ORDERED** lifting the stay entered in this case on October 15, 2013. (Doc. 32)

2 DATED this 22nd day of October, 2013.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge